# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

Bridget M. McCormack,
Chief Justice

162198

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DEAN FRICK, and All Others Similarly Situated,
      Plaintiff-Appellant,

v

      SC: 162198
      COA: 346747
      Genesee CC: 17-110203-CK

HURLEY MEDICAL CENTER,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk

p0526